UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20863-CIV-ALTONAGA/Reid

JASMINE BRYANT,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 19], filed on August 15, 2024.  The Court having carefully reviewed the file, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

    2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 15th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record